IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PHILLIP PESANO,                                    2:21-CV-01580-RJC

        Plaintiff

   vs.

UBER TECHNOLOGIES, INC. and
ANDREW FARKOSH,

        Defendants.

## **ORDER**

AND NOW, to wit, this _3 crh_ day of _November_, 2021, it is hereby ORDERED and DECREED that Plaintiff's Motion to Remand from the United States District Court of the Western District of Pennsylvania to the Court of Common Pleas of Allegheny County, Pennsylvania at G.D. 21-013488 is GRANTED as there is no diversity jurisdiction. This case is being remanded pursuant to 28 U.S.C.A. § 1447, _forthwith_.

BY THE COURT:

_____, J.